**Johnnie TASBY, Petitioner—Appellant,**

v.

**UNITED STATES PAROLE COMMISSION, Respondent—Appellee.**

**No. 03–7655.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 25, 2004.

Johnnie Tasby, Appellant pro se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Johnnie Tasby, a Texas state prisoner, seeks to appeal the order of the district court denying his 28 U.S.C. § 2241 (2000) petition without prejudice. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude that Tasby has not made the requisite showing. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED*